IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

        **Plaintiff,**

**vs.**

**CERONE DAVIS, A/K/A "JP"**

        **Defendant.**

**Criminal No. 18-10005-PBS**

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that arrests have been made on January 8, 2018 and that there is no further reason to keep this matter under seal.

    Respectfully submitted,

    ANDREW LELLING
    United States Attorney

By: /s John A. Wortmann, Jr.
    John A. Wortmann, Jr.
    Assistant United States Attorney

Date: 1/8/18

**MOTION TO UNSEAL ALLOWED**

_____    _____
Hon. Jennifer C. Boal    Date
United States Magistrate Judge